Israel Spingarn v. National Surety Company of New York.— Application denied, with ten dollars costs.   Order signed.

In the Matter of Elbridge H. Neal and Others, (In the Matter of "Civil Remedies Association.")— See memorandum.

---

## SECOND DEPARTMENT, JULY, 1912.

JOHN GRIBBEN, Respondent, v. HASTINGS HOMES COMPANY and Others, Appellants.

Appeal by the defendants from a judgment of the Special Term, entered in the office of the clerk of the county of Westchester on the 24th day of July, 1911, in favor of the plaintiff.

PER CURIAM:   The evidence of the right of the plaintiff to have Euclid avenue maintained with a width of thirty feet is found in the description in the deed to his predecessor Dressner, and the intention expressed therein may be deemed somewhat strengthened by the delineation of Euclid avenue on map No. 1432 and the deed referring thereto given to Perot.   But the evidence clearly shows that Euclid avenue did not physically exist northerly and easterly beyond lot No. 1 at the time of the Dressner purchase, nor is there to be found in the deed any such description of it or intention that there should be such extension, and as the grant was not induced by map No. 1432 it cannot be used for the purpose of proving that such extension existed.   The judgment should be modified accordingly, and as so modified affirmed, without costs.   Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.   Judgment modified in accordance with opinion, and as modified affirmed, without costs.